# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CARRILLO,<br><br>                Petitioner,<br><br>     v.<br><br>UNKNOWN,<br><br>                Respondent. | Case No. EDCV 10-0206-SVW (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: June 29, 2010

                                            STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE